DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANTONIO FITZGERALD GRIFFIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1695

_____

December 8, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Antonio Fitzgerald Griffin, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.